STATE of Missouri, Respondent,

v.

Kevin W. HARMON, Appellant.

No. WD 66942.

Missouri Court of Appeals,
Western District.

Nov. 6, 2007.

Craig A. Johnston, Esq., Columbia, MO, for appellant.

Shaun J. Mackelprang, Esq., Jefferson City, MO, for respondent.

Before: NEWTON, P.J., SPINDEN and HARDWICK, JJ.

## ORDER

PER CURIAM.

A jury convicted Kevin Harmon of first-degree murder, kidnapping, and armed criminal action. On appeal, Harmon contends: (1) the evidence was insufficient to prove the element of deliberation for first-degree murder; and (2) the trial court erred in failing to declare a mistrial for prosecutorial misconduct.

Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b).

Steven SREDL, Appellant,

v.

MISSOURI DEPARTMENT OF CORRECTIONS, Missouri Department of Probation and Parole, Dennis Agniel, Darrel Ashlock, Ansel Card, Wayne Crump, Fannie Gaw, Robert Robinson, Donna White, Dana Thompson, Penny Hubbard, Reid K. Forrester, Jeanne Crane, Jerry Smith, Stacy Klein, Rebecca Long, Virgil Lansdown, Donna Coleman, Penny May, Bobby Heidman, Kenneth Caley, Cody Murphy, and Candise Woodruff, Respondents.

No. WD 67495.

Missouri Court of Appeals,
Western District.

Nov. 6, 2007.

Steven A. Sredl, Tipton, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Shaun Mackelprang and David A. Johnson, Office of Attorney General, Jefferson City, for Respondents.

Before THOMAS H. NEWTON, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Steven Sredl appeals the circuit court's judgment to dismiss with prejudice his 10-count petition for failing to state a cause of action for which relief could be granted. We affirm pursuant to Rule 84.16(b).